

## KPMG Limited

| | |
|---|---|
| Esperidon 14 | Telephone: +357 22209000 |
| 1087 Nicosia | Telefax: +357 22678200 |
| Cyprus | Web: www.kpmg.com.cy |
| | e-Mail: nicosia@kpmg.com.cy |

# Invoice  AMG/25185

LIBERTY RESERVE (CYPRUS) LIMITED                    17 June 2011

Spirou Araouzou 165, Lordos Waterfront, 2nd floor, office 201
3036 Limassol
Cyprus

Attention to: Mr Charalambos Avaratzis

**Professional services**

| | | |
|---|---|---|
| Our interim invoice with regards to the application for a license for an electronic money institution. | EUR | 15 000,00 |
| VAT @ 15 % | | 2 250,00 |
| | Total EUR | 17 250,00 |

This invoice is now payable. Please quote invoice number with your remittance.

Bank accounts
Hellenic Bank Main Branch
KPMG Limited 115-01-479914-01
Swift Code: HEBA CY2N
IBAN:CY94005001150001150147991401

KPMG Limited - NICOSIA
V.A.T. 99000038V
T.I.C. 12132822Z
© 2011 KPMG Limited, a Cyprus limited member of the KPMG International, a Swiss Cooperative.