UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
                                        :
UNITED STATES OF AMERICA,               :    13Cr0368 (DLC)
                                        :
            -v-                         :        ORDER
                                        :
AZZEDDINE EL AMINE,                     :
                        Defendant.      :
                                        :
----------------------------------------X

DENISE COTE, District Judge:

> USDC SDNY
> DOCUMENT
> ELECTRONICALLY FILED
> DOC #: _____
> DATE FILED: 5/13/2016

The defendant having been sentenced to time served, it is hereby,

ORDERED that the defendant shall be released from the custody of the U.S. Marshal forthwith.

Dated:   New York, New York
         May 13, 2016

                                    _____
                                           DENISE COTE
                                    United States District Judge